## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Audubon Nature Institute, Inc. | § | Civil Action No. _____ |
| | § | |
| Plaintiff, | § | |
| | § | Judge _____ |
| v. | § | |
| | § | |
| | § | Magistrate Judge _____ |
| Cool Zoo Wildlife Center, Corp. | § | |
| | § | |
| COOL ZOO CONSERVATION, ZOOLOGICAL WILDLIFE ADVANCEMENT, EDUCATION, AND RESEARCH FIXED FACILITY. NON-PROFIT CORPORATION | § | |
| Defendants | § | |
| | § | Demand For Jury Trial |

**Complaint for Trademark Infringement and Unfair Competition**

For its complaint, Plaintiff, Audubon Nature Institute Inc., by and through its undersigned attorneys, allege as follows:

**The Parties**

1.  Audubon Nature Institute, Inc. ("Audubon") is a corporation organized under the laws of the State of Louisiana, with its principal place of business in New Orleans, Louisiana.

2.  Cool Zoo Wildlife Center, Corp. ("CZW") is a corporation, organized under the laws of the State of Florida, with its principal place of business in Orlando, Florida.

3.  COOL ZOO CONSERVATION, ZOOLOGICAL WILDLIFE ADVANCEMENT, EDUCATION, AND RESEARCH FIXED FACILITY. NON-PROFIT CORPORATION ("CZC") is a corporation organized under the laws of the State of Florida, with its principal place of business in Orlando, Florida.

**Jurisdiction and Venue**

4. Jurisdiction is proper in this court because this litigation arises under the federal laws of the United States, namely, 15 U.S.C. § 1051 *et seq*. (Lanham Act). The Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question), 1338(a) (trademarks), and 1338(b)(unfair competition).

5. The Court has personal jurisdiction over CZW and CZC because they are doing business in Louisiana and particularly within the Eastern District of Louisiana.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c).

**Factual Background**

7. Since at least 2010, Audubon has used the service mark COOL ZOO in connection with Education and entertainment services in nature of zoo services, namely, zoos; water park activities, namely, entertainment in the nature of a water park rides and entertainment in the nature of a lazy river pool (collectively "Entertainment Services in the Nature of Zoo Services and Water Park Services").

8. Audubon has used and is using the service mark COOL ZOO extensively in the United States in connection with the provision of Entertainment Services in the Nature of Zoo Services and Water Park Services.

9. As a result of Audubon's ongoing use of the name and service mark, COOL ZOO, the COOL ZOO name and service mark have become associated with Audubon by consumers in the United States, and in particular in the south-east region of the United States.

10. Audubon is the owner of United States Trademark Registration No. 6,139,252, for the mark COOL ZOO (the "COOL ZOO Registration," Exhibit A).

11. The application that matured into the COOL ZOO Registration was filed on June 13, 2019, and issued on September 1, 2020.

12. The application that matured into the COOL ZOO Registration claimed a date of first use of the mark in commerce of March 15, 2010.

13. Upon information and belief, CZW is an alter ego of CZC.

14. CZW and CZC (collectively, "Defendants") are providing entertainment services in the nature of zoo services (collectively "Entertainment Services in the Nature of Zoo

Services") in connection with the mark COOL ZOO and the logo mark **COOL ZOO** in and around New Orleans, Louisiana, Orlando, Florida, and in other areas in the United States.

15. Upon information and belief, Defendants operate a wildlife facility in Chopin, Louisiana.

16. Upon information and belief, Defendants operate a wildlife facility in Auburndale, Florida.

17. On or about January 7, 2023, Defendants provided Entertainment Services in the Nature of Zoo Services under the COOL ZOO mark and the **COOL ZOO** logo at Fan Expo New Orleans at the Ernest N. Morial Convention Center in New Orleans, Louisiana.

18. On or about May 8 and 9, 2021, Defendants provided Entertainment Services in the Nature of Zoo Services under the COOL ZOO mark and the **COOL ZOO** logo at Repticon at the Lamar Dixon Expo Center in Gonzales, LA.

19. Upon information and belief, Defendants have opened or are in the process of opening a fixed facility in Orlando, Florida providing Entertainment Services in the Nature of Zoo Services under the COOL ZOO mark and the **COOL ZOO** logo.

20. Defendants have provided and continue to provide Entertainment Services in the Nature of Zoo Services under the COOL ZOO mark and the **COOL ZOO** logo at additional locations, including at touring exhibits in various areas around the United States.

21. On June 29, 2022, defendant CZC filed United States Trademark Application Serial Number 97/482,128 ("the '128 Application) with the United States Patent and Trademark Office for the mark **COOL ZOO** in connection with, *inter alia*, "entertainment services in the nature of a zoo."

22. On April 18, 2023, the United States Patent and Trademark Office refused registration of defendant CZC's **COOL ZOO** mark because of a likelihood of confusion with Audubon's COOL ZOO mark in Audubon's COOL ZOO Registration.

23. Upon information and belief, Defendants operate the website coolzoo.org, which prominently and frequently uses the COOL ZOO mark and the **COOL ZOO** logo in

connection with Entertainment Services in the Nature of Zoo Services.

24. Upon information and belief, Defendants operate pages on various social media websites, including Facebook and Instagram, which prominently and frequently use the COOL ZOO mark and the COOL ZOO logo in connection with Entertainment Services in the Nature of Zoo Services.

25. Audubon's COOL ZOO mark and Defendants' COOL ZOO mark are identical.

26. Audubon's COOL ZOO mark and the literal elements of Defendants' COOL ZOO logo are identical.

27. Defendants' Entertainment Services in the Nature of Zoo Services directly overlap with Audubon's Entertainment Services in the Nature of Zoo Services and Water Park Services.

28. Upon information and belief, when Defendants began using the COOL ZOO mark and the COOL ZOO logo in connection with Entertainment Services in the Nature of Zoo Services, Defendants were aware of Audubon's long-standing use of the COOL ZOO mark in connection with Entertainment Services in the Nature of Zoo Services and Water Park Services.

**Count One - Trademark Infringement (Section 32 of Lanham Act)**

29. The allegations of paragraphs 1-28 are re-averred.

30. Audubon owns valid service mark rights in the name and mark COOL ZOO as evidenced by United States Trademark Registration No. 6,139,252, for the mark COOL ZOO (Exhibit A).

31. Defendants' use of the service mark COOL ZOO and the COOL ZOO logo and variations of the foregoing in connection with its Entertainment Services in the Nature of Zoo Services, is likely to cause confusion as to affiliation, connection, association, origin, sponsorship, or approval by Audubon, in violation of Section 32 of the Lanham Act.   15 U.S.C. § 1114.

**Count Two - Unfair Competition (Section 43(a) of Lanham Act)**

32. The allegations of paragraphs 1-31 are re-averred.

33. Audubon owns service mark rights in the name and mark, COOL ZOO, by virtue

of Audubon's long use of the name and mark COOL ZOO, in the United States, and especially in the south-east portion of the United States.

34. Defendants' use of the service mark COOL ZOO and the COOL ZOO logo and variations of the foregoing in connection with its Entertainment Services in the Nature of Zoo Services, is likely to cause confusion as to affiliation, connection, association, origin, sponsorship, or approval by Audubon, in violation of Section 43(a) of the Lanham Act. 15 U.S.C. § 1125(a).

**Count Three - Louisiana Unfair Trade Practices Act (La. R.S. 51:1401, et seq.)**

35. The allegations of paragraphs 1-34 are re-averred.

36. Audubon and Defendants are competitors.

37. Defendants' use of the name and mark COOL ZOO and the COOL ZOO logo and variations of the foregoing in connection with its Entertainment Services in the Nature of Zoo Services, is likely to cause confusion with Audubon because of the similarities between Audubon's Entertainment Services in the Nature of Zoo Services and Water Park Services and Defendants' Entertainment Services in the Nature of Zoo Services, and the similarities between the marks used by Defendants and Audubon's COOL ZOO mark.

38. Defendants have engaged in unfair and deceptive trade practices by using the name and mark COOL ZOO and the COOL ZOO logo and variations of the foregoing in connection with its Entertainment Services in the Nature of Zoo Services in Louisiana.

**Prayer for Relief**

WHEREFORE, Audubon respectfully requests that this Court:

1. Award Audubon its damages and costs in this action;

2. Award Audubon an accounting of Defendants' profits from Defendants' use of the mark COOL ZOO and the COOL ZOO logo and variations of the foregoing;

3. Award Audubon its reasonable attorney fees incurred in pursuing this action;

4. Award Audubon three times the actual damages sustained by Audubon;

5. Preliminarily enjoin Defendants from further use of the mark COOL ZOO and the COOL ZOO logo and confusingly similar variants thereof;

6.   Permanently enjoin Defendants from further use of the mark COOL ZOO and the COOL ZOO logo and confusingly similar variants thereof; and

7.   Enter such other further relief to which Audubon may be entitled as a matter of law or equity, or which the Court determines to be just and proper.

## Jury Demand

Pursuant to Fed. R. Civ. P. 38, Audubon hereby requests a trial by jury of all issues so triable.

December 13, 2023                    Respectfully submitted,

_s/Chad A. Grand/_
Brett A. North (La. Bar. 22,503)
R. Bennett Ford, Jr. (La. Bar 24,093)
Chad A. Grand (La. Bar 29,885)

**ROY, KIESEL, FORD, DOODY & NORTH**
P.O. Box 15928
Baton Rouge, LA   70895-5928
225-927-9908
225-926-2685 (facsimile)
**ATTORNEYS FOR PLAINTIFF**