# United States of America
## United States Patent and Trademark Office

# COOL ZOO

**Reg. No. 6,139,252**  
**Registered Sep. 01, 2020**  
**Int. Cl.: 41**  
**Service Mark**  
**Principal Register**

Audubon Nature Institute, Inc. (LOUISIANA CORPORATION)  
6500 Magazine Street  
New Orleans, LOUISIANA 70118

CLASS 41: Education and entertainment services in nature of zoo services, namely, zoos; water park activities, namely, entertainment in the nature of a water park rides and entertainment in the nature of a lazy river pool

FIRST USE 3-15-2010; IN COMMERCE 3-15-2010

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ZOO"

SER. NO. 88-471,986, FILED 06-13-2019



Director of the United States  
Patent and Trademark Office

