IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Audubon Nature Institute, Inc. | § | Civil Action No. _____ |
| | § | |
| Plaintiff, | § | |
| | § | Judge _____ |
| v. | § | |
| | § | |
| | § | Magistrate Judge _____ |
| Cool Zoo Wildlife Center, Corp. | § | |
| | § | |
| COOL ZOO CONSERVATION, ZOOLOGICAL WILDLIFE ADVANCEMENT, EDUCATION, AND RESEARCH FIXED FACILITY. NON-PROFIT CORPORATION | § | |
| | § | |
| Defendants | § | |
| | § | Demand For Jury Trial |

## CORPORATE DISCLOSURE STATEMENT

PLAINTIFF, Audubon Nature Institute, Inc. ("Audubon"), through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, provides the following Corporate Disclosure Statement.

Audubon does not have a parent corporation. No publicly traded company owns ten percent or more of Audubon.

December 13, 2023            Respectfully submitted,

_s/Chad A. Grand/_____
Brett A. North (La. Bar. 22,503)
R. Bennett Ford, Jr. (La. Bar 24,093)
Chad A. Grand (La. Bar 29,885)

**ROY, KIESEL, FORD, DOODY & NORTH**
P.O. Box 15928
Baton Rouge, LA 70895-5928
225-927-9908
225-926-2685 (facsimile)
**ATTORNEYS FOR PLAINTIFF**

## Certificate of Service

I certify that a true and correct copy of this Statement will be served on Defendants with the complaint.

_s/Chad A. Grand/_

Chad A. Grand