AO 120 (Rev. 08/10)

| TO: Director of the U.S. Patent and Trademark Office<br>P. O. Box 1450<br>Alexandria, VA  22313-1450 | Mail Stop 8 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___Eastern District of Louisiana___ on the following

__X__ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 23-7285 "L" (1) | 12/13/2023 | Eastern District of Louisiana, 500 Poydras St., Rm C-151, New Orleans, LA 70130 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Audubon Nature Institute, Inc. | Cool Zoo Wildlife Center, Corp. el al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,139,252 | September 1, 2020 | Audubon Nature Institute Inc. |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT



| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| CAROL L. MICHEL | Rachel Trice | December 15, 2023 |

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy